IRVING GREENSPAN, Plaintiff, v. TOBY GREENSPAN, Defendant. (Action No. 1.) TOBY GREENSPAN, Plaintiff, v. IRVING GREENSPAN, Defendant. (Action No. 2.) TOBY GREENSPAN, Respondent, v. IRVING GREENSPAN, Appellant. (Action No. 3.) —

Such amended answer shall be served within 10 days after entry of the order hereon. Under all of the circumstances presented by this record, and in view of the fact that no prejudice accrued to the wife by reason of the husband's delay in seeking to amend his answer as proposed, we are of the opinion that it was an improvident exercise of discretion on the part of the learned Special Term to refuse to permit the husband to serve such amended answer. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

PHILIP W. HAUHUTH et al., Respondents, v. SOPHIE BENJAMIN, as Executrix of IRVING BENJAMIN, Deceased, et al., Appellants.—

The record shows the existence of triable issues of fact as to causative negligence, contributory negligence, and assumption of risk. These issues should be resolved upon a trial. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

HUDSON PARK CO-OPERATIVE APTS., INC., Respondent, v. J. S. BUILDING CORP. et al., Appellants, et al., Defendants.—

No opinion. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.